## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUSTAFA EL-DADAH** )<br>**RANA AL-DURRAH** )<br>**ALI EL-DADAH** )<br>**1460 Country Club Boulevard** )<br>**Clive, IA 50321** )<br>)<br>    **Plaintiffs** )<br>**v.** )<br>)<br>**EMILIO T. GONZALEZ, Director** )<br>**U.S. Citizenship and Immigration Services,** )<br>**In his official capacity as well as his successors** )<br>**and assigns,** )<br>**20 Massachusetts Avenue, N.W.** )<br>**Washington, DC 20529** )<br>)<br>**MICHAEL CHERTOFF, Secretary** )<br>**U.S. Department of Homeland Security,** )<br>**In his official capacity as well as his successors** )<br>**and assigns,** )<br>**425 Murray Drive, Building 410** )<br>**Washington, DC 20528** )<br>)<br>**ROBERT S. MUELLER, Director** )<br>**Federal Bureau of Investigation,** )<br>**In his official capacity as well as his  successors** )<br>**and assigns,** )<br>**J. Edgar Hoover Building** )<br>**935 Pennsylvania Avenue, N.W.** )<br>**Washington, DC 20535** )<br>)<br>    **Defendants** )<br>) | **Civil No.** |

## MANDAMUS COMPLAINT FOR DECLARATORY
## AND INJUNCTIVE RELIEF

The Plaintiffs, MUSTAFA EL-DADAH, RANA AL-DURRAH, and ALI EL-DADAH,

by counsel, complain of the Defendants, EMILIO T. GONZALEZ, Director, U.S. Citizenship &

Immigration Services; MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland

Security; and ROBERT S. MUELLER, Director, Federal Bureau of Investigation, as follows:

## PREFATORY STATEMENT

1. This is a mandamus action for declaratory and injunctive relief to compel the

Defendants and those acting under them to immediately and forthwith take all appropriate

actions to adjudicate Plaintiffs Mustafa El-Dadah's, Rana Al-Durrah's, and Ali El-Dadah's

applications for adjustment of status, Forms I-485, filed pursuant to 8 U.S.C. § 1255, which were

properly filed and received by the Defendants, the United States Department of Homeland

Security ("DHS"), United States Citizenship & Immigration Services ("USCIS"), on March 20,

2003. *See* Exh. 1 (Receipt Notices from USCIS). The applications for adjustment of status

remain pending within the jurisdiction of the Defendants, who have improperly withheld action

and adjudication for over four years and eight months, to the detriment of the rights and

privileges of the Plaintiffs.

## I. JURISDICTION

2. This Court has jurisdiction pursuant to 8 U.S.C. § 1329 (jurisdiction of the

district courts) , 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1361 (action to

compel an officer of the United States to perform his duty) to redress the deprivation of rights,

privileges, and immunities secured to the Plaintiffs and to compel the Defendants to perform a

duty that the Defendants owe to the Plaintiffs. Under 28 U.S.C. § 1361, "[t]he district courts

shall have original jurisdiction of any action in the nature of mandamus to compel an officer or

employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

3. Jurisdiction is also conferred by 5 U.S.C. § 704, the Administrative Procedures

Act ("APA"). An agency has a duty to conclude a matter presented to it within a "reasonable time." 5 U.S.C. § 555(b). "Accordingly, the scope of judicial review includes 'compel[ling] agency action unlawfully withheld or unreasonably delayed. [5 U.S.C.] § 706(1)." *Liu v. Novak*, 509 F. Supp.2d 1, 9 (D.D.C. 2007) ("[T]he Court does have jurisdiction over plaintiff's APA claim that defendants have unreasonable delayed adjudicating his application.")

4. Section 242 of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1252, does not deprive this Court of jurisdiction. INA § 242(a)(5), 8 U.S.C. § 1252(a)(5) provides that "a petition for review filed with an appropriate court of appeals in accordance with this section, shall be the sole and exclusive means for judicial review of an order of removal entered or issued under any provisions of this Act[.]" As the present action is not an action to review a removal order but simply an action to compel the Defendant USCIS to adjudicate long and unreasonably delayed I-485 applications for adjustment of status, this Court retains original mandamus jurisdiction under 28 U.S.C. § 1361. Furthermore, INA § 242(a)(2)(B), 8 U.S.C. § 1252(a)(2)(B), provides that no court shall have jurisdiction to review either (i) "any judgment regarding the granting of" various forms of relief from removal, or (ii) "any other decision or action of the Attorney General or the Secretary of Homeland Security the authority for which is specified…to be in the discretion of the Attorney General or the Secretary of Homeland Security[.]" Because "the failure to adjudicate" a properly filed petition for adjustment of status is neither a judgment regarding the granting of relief from removal nor a decision or action that is specified to be in the discretion of the Attorney General or the Secretary of Homeland Security, the Court retains original mandamus jurisdiction over this claim. *See Liu v. Novak*, *supra* at 7 ("[T]he Court concludes that § 1252(a)(2)(B)(ii) does not eliminate this Court's jurisdiction over plaintiff's claim.")

## II. VENUE

5. Venue is proper under 28 U.S.C. § 1391(e) because this is an action brought against officers and agencies of the United States in their official capacities, brought in the district where all of the Defendants maintain their offices and where a substantial part of the events or omissions giving rise to the Plaintiffs' claim occurred.

## III.    PARTIES

6. Plaintiff, Dr. Mustafa El-Dadah, is an Iraqi citizen who resides at 1460 Country Club Boulevard, Clive, Iowa 50231. He is presently in the United States under valid H-1B status, working as a physician for Mercy Clinic, Inc.  Dr. El-Dadah is the beneficiary of an I-140 Immigrant Petition for Alien Worker approved under the category of an individual of exceptional ability in the national interest on December 30, 2002, granting him a priority date of May 10, 2002. *See* Exh. 2.  Plaintiffs  Rana Al-Durrah, an Iraqi national, and Ali El-Dadah, a Canadian citizen, are respectively the wife and son of Plaintiff Mustafa El-Dadah.  Both are residing with Plaintiff Mustafa El-Dadah.  Plaintiffs filed with the Defendant USCIS on March 20, 2003, applications for adjustment of status pursuant to 8 U.S.C. § 1255 (Forms I-485).

7. The Defendant EMILIO T. GONZALEZ is the Director of USCIS who is sued in his official capacity, as well as his successors and assigns.  The USCIS is assigned the adjudication of immigrant visa petitions and I-485 applications for adjustment of status to permanent residence filed pursuant to 8 U.S.C. § 1255.  The USCIS has a mandatory duty to act on the applications for adjustment of status within a reasonable time.

8. The Defendant MICHAEL CHERTOFF is the Secretary of the U.S. Department

of Homeland Security ("DHS").  He is sued in his official capacity, as well as his successors and

assigns.  The DHS oversees the operations of the Defendant USCIS.

9. The Defendant ROBERT S. MUELLER is the Director of the Federal Bureau of

Investigation ("FBI").  He is sued in his official capacity, as well as his successors and assigns.

The FBI's duties are to ensure the timely completion of all requests for security background

checks from the USCIS.

## IV. CAUSE OF ACTION

### A.  Background Facts

10. Plaintiff Mustafa El-Dadah is eligible for adjustment of status to permanent residence

as he is the beneficiary of an approved I-140 Immigrant Petition for Alien Worker that qualifies

him  under the category of "exceptional ability in the national interest," pursuant to 8 U.S.C. §

1153(b)(2)(B)(ii).  *See* Exh. 2.  Plaintiffs Rana Al-Durrah and Ali El-Dadah are eligible for

adjustment of status as accompanying family members of the Plaintiff Mustafa El-Dadah,

pursuant to 8 U.S.C. § 1153(d).

11. On March 20, 2003, Plaintiffs filed their applications for adjustment of status, Forms

I-485, with Defendant USCIS.  *See* Exh. 1.  All Plaintiffs were, and remain, fully eligible for

adjustment of status to permanent residence pursuant to 8 U.S.C. § 1255.

12. Plaintiffs have complied with all requests made by Defendant USCIS to have their

fingerprints and biometrics captured.  *See* Exh. 3.  They have provided all information requested

by Defendant USCIS and have complied with all notices.

13. Plaintiffs have since made repeated inquiries regarding the status of their applications

for adjustment of status to permanent residence with Defendants, to wit:

a. An Infopass appointment with the USCIS on May 21, 2007. The USCIS officer stated that the cases were pending FBI background checks.

b. In August 2007, U.S. Senator Charles E. Grassley made an inquiry on Plaintiffs' behalf with Defendant USCIS, which remained without a response. *See* Exh. 4.

c. A telephonic inquiry on November 26, 2007, to which Defendant USCIS responded that Plaintiffs would be advised of the case status in the mail within 45 to 60 days.

d. An attorney inquiry in 2007 and other phone inquiries from Plaintiffs, to which Defendant USCIS responded that the applications remained pending due to FBI background checks.

14. Plaintiffs' applications for adjustment of status were filed on March 20, 2003, more than four years and eight months ago. Plaintiffs have complied with all requests made by the USCIS for documentation. The Defendants have not given the Plaintiffs any reasonable justification why their background checks have been pending with Defendant FBI since 2005, the first time their fingerprints and biometrics were captured.

**B. Claims**

15. The Defendants' continuing delay of 56 months and counting in failing to adjudicate the Plaintiffs' I-485 application for adjustment of status to permanent residence is per se unreasonable.

16. The D.C. District Court in *Liu v. Novak, supra,* has held that a four-year delay in adjudicating an application for adjustment of status due to security background checks was unreasonable. The *Liu* Court relied on the holding of *Telecommunications Research & Action*

*Center("TRAC") v. FCC*, 750 F.2d 70 (D.C. Cir. 1984) to identify the factors relevant in determining whether agency delay is unreasonable:

> (1) the time agencies take to make decisions must be governed by a "rule of reason;" (2) where Congress has provided a timetable or other indication of the speed with which it expects the agency to proceed in the enabling statute, that statutory scheme may supply content for this rule of reason; (3) delays that might be reasonable in the sphere of economic regulation are less tolerable when human health and welfare are at stake; (4) the court should consider the effect of expediting delayed action on agency activities of a higher or competing priority; (5) the court should also take into account the nature and extent of the interests prejudiced by delay; and (6) the court need not find "any impropriety lurking behind agency lassitude in order to hold that agency action is 'unreasonably delayed.'"

*Liu v. Novak, supra* at 9, *citing Telecommunications Research & Action Center v. FCC, supra* at 80 (citations omitted).

17. In *Liu, supra*, Judge Sullivan ruled that with regard to the first TRAC factor, a four-year delay for a name check process described by the Defendants "as one where data is primarily retrieved from an electronic database, and only occasionally from paper records," to be unreasonable. *Id.* at 10. The four years and eight months delay in Plaintiffs' cases for the same reason is equally unreasonable. Judge Sullivan at footnote 4 noted that "Congress has not provided a timetable for this action, so the second TRAC factor is inapplicable." *Id.*

18. Judge Sullivan in *Liu* has further ruled that—

> With regard to the third and fifth TRAC factors, […] [t]he inability to obtain permanent resident status affects a wide range of important rights." [citing *Singh v. Still*, 470 F.Supp.2d 1064, 1070 (N.D.Cal.2007)]. For example, the delay prejudices plaintiff's ability to petition to immigrate close family members and adversely impacts his ability to seek United States citizenship. *See id.* Thus, these factors weigh in favor of finding the delay unreasonable.

*Liu v. Novak, supra* at 10. The delay in adjudicating their applications for adjustment of status to permanent resident prejudices Plaintiffs by depriving them of the ability to seek naturalization, and thus, of the right to vote in elections, and to petition close family members.

19. Regarding the fifth TRAC factor, like the plaintiff in *Liu, supra*, Plaintiffs are not the subjects of any active investigation.

20. The name check system has been described by the Defendants in other cases as being prioritized in order of application date. *See Liu v. Novak, supra*, at 10. Such a prioritization by application date was not followed in Plaintiffs' cases, whose name checks have been pending for four years and eight months while thousands of other cases filed after theirs were adjudicated. Indeed, the USCIS Service Center processing dates as of November 14, 2007, show that USCIS is currently adjudicating applications for adjustment of status filed on April 14, 2007. See Exh. 5.

19. Plaintiffs' applications have been neglected by the Defendants and the present four years and eight months delay in adjudicating such applications is clearly unreasonable.

## PRAYER

WHEREFORE, Plaintiffs pray that this Court:

    a.  Compel the Defendants and those acting under them to perform their duty to adjudicate Plaintiffs' I-485 applications for adjustment of status to permanent residence within a reasonable time of no more than 30 days;

    b.  Declare the Defendants' continued delay and inaction violates the APA;

    c.  Grant reasonable attorney's fees and costs of court under the Equal Access to Justice Act;

    d.  Grant such other and further relief as this Court deems proper.

Respectfully submitted,

THOMAS A. ELLIOT, D.C. BAR # 259713
ELLIOT & MAYOCK
1629 K Street N.W., Suite 1250
Washington D.C. 20006
(202) 429 1725

U.S. Department
Immigration and Naturalization Service

**Notice of Action**

### THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-03-134-50486 | | CASE TYPE 1485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>March 20, 2003 | PRIORITY DATE | APPLICANT   A78 583 441<br>EL-DADAH, MUSTAFA Z. |
| NOTICE DATE<br>April 10, 2003 | PAGE<br>1 of 1 | |

| | |
|---|---|
| JAN PEDERSON<br>PEDERSON & FREEDMAN LLP<br>2001 L ST NW STE 601<br>WASHINGTON DC 20036 | Notice Type:  Receipt Notice<br><br>Fee Previously Collected.<br>Section: Adjustment as direct<br>           beneficiary of immigrant<br>           petition |

The above application or petition has been received.  It usually takes 450 to 480 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number 402-323-7830 to obtain case status information directly from our Automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.ins.gov.  On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 402-323-7830**



Form I-797C (Rev. 09/07/93) N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I485   APPLICATION TO ADJUST TO PERMANENT |
|---|---|
| LIN-03-134-50545 | RESIDENT STATUS |

| RECEIVED DATE | PRIORITY DATE | APPLICANT   A96 494 886 |
|---|---|---|
| March 20, 2003 | | AL DURRAH, RANA D. |

| NOTICE DATE | PAGE |
|---|---|
| April 10, 2003 | 1 of 1 |

JAN PEDERSON
PEDERSON & FREEDMAN LLP
2001 L ST NW STE 601
WASHINGTON DC 20036

**Notice Type:** Receipt Notice

Fee Previously Collected

Section: Derivative adjustment

The above application or petition has been received. It usually takes 450 to 480 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-323-7830 to obtain case status information directly from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.ins.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.



Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U.S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 402-323-7830**



Form I-797C (Rev. 09/07/93) N

Immigration and Naturalization Service    NOTICE OF ACTION

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-03-134-50608 | CASE TYPE  I485    APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|
| RECEIVED DATE<br>March 20, 2003 | PRIORITY DATE | APPLICANT  A96 494 887<br>EL DADAH, ALI M. |
| NOTICE DATE<br>March 21, 2003 | PAGE<br>1 of 1 | |

| | |
|---|---|
| JAN PEDERSON<br>PEDERSON & FREEDMAN LLP<br>2001 L ST NW STE 601<br>WASHINGTON DC 20036 | Notice Type:  Receipt Notice<br><br>Amount received: $ 160.00<br><br>Section: Derivative adjustment |

The above application or petition has been received. It usually takes 450 to 480 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-323-7830 to obtain case status information direct from our automated system 24 hours a day with a touch tone phone and the receipt number for this case (at the top of this notice)

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.ins.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 402-323-7830**



Form I-797C (Rev. 09/07/93) N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE |
|---|---|
| LIN-02-182-55129 | I140 |
| | IMMIGRANT PETITION FOR ALIEN WORKER |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| May 15, 2002 | May 10, 2002 | EL-DADAH, MUSTAFA Z. |

| NOTICE DATE | PAGE | BENEFICIARY A78 553 441 |
|---|---|---|
| December 30, 2002 | 1 of 1 | EL DADAH, MUSTAFA Z. |

ROBERTA FREEDMAN
PEDERSON & FREEDMAN LLP
2001 L STREET NW SUITE 601
WASHINGTON DC 20036

Notice Type: Approval Notice
Section: Indiv w/Adv Deg or Exceptional
Ability in the National
Interest

The above petition for a NATIONAL INTEREST WAIVER-PHYSICIAN NIW PHYSICIAN has been approved. The approved petition will be stored in this office. If the person for whom you are petitioning is eligible to apply for adjustment of status, he or she should submit a copy of this notice with form I-485, Application for Permanent Residence. Pursuant to 8 CFR 204 h) 2 , the form I-485, if filed, cannot be adjudicated until the applicant completes 3 or 5 (whichever is applicable) years of employment in an underserved area.

Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives.

If the person for whom you are petitioning decides to apply for an immigrant visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the U.S. Consulate.

CLIENT'S COPY
It is a pleasure to send the attached
to you. Please, call or e-mail us if you
have questions at:
lawyers@usvisainfo.com
Tel: (202) 785-1960
Fax: (202) 785-3815
PEDERSON & FREEDMAN LLP



Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830

# THE UNITED STATES OF AMERICA

## Fingerprint Notification

| | | NOTICE DATE |
| --- | --- | --- |
| | | 06/03/2005 |

| CASE TYPE | | SOCIAL SECURITY NUMBER | USCIS # |
| --- | --- | --- | --- |
| I485 Application to Register Permanent Resident or Adjust Status | | | A078593441 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
| --- | --- | --- | --- |
| LIN031345U486 | I | NSC | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
MUSTAFA H. DADAH
1360 COUNTRY CLUB BLVD
CLIVE, IA 50325

To process your application, the U.S. Citizenship & Immigration Services (USCIS) must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE APPOINTED DATE AND TIME TO HAVE YOUR FINGERPRINTS TAKEN.** If you are unable to appear at this time, you may go on any following Wednesday at the same time noted below, as long as you appear before 08/27/2005. If you do not have your fingerprints taken by that date your application will be considered abandoned.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
| --- | --- |
| USCIS DES MOINES | 06/13/2005 |
| 210 WALNUT STREET | 1:00 PM |
| #369 | |
| DES MOINES, IA 50309 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you may not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with fingerprinting.*

If you have any questions regarding this notice, please call 1-800-375-5283

APPLICANT COPY

APPLICATION NUMBER
LIN031345U486



Form I-797C (Rev. 08/01/01) N

## THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| APPLICATION NUMBER | NOTICE DATE |
| --- | --- |
| LIN0313450486 | 2 8 2007 |

| CASE TYPE | | |
| --- | --- | --- |
| I-485 Application to Register Permanent Resident or Adjust Status | | |

| SOCIAL SECURITY NUMBER | USCIS A# | CODE |
| --- | --- | --- |
| | A078593343 | 3 |
| EPA | SERVICE CENTER | PAGE |
| | NSC | 1 of 1 |

MUSTAFA ZEKI HASHIM EL DADAH
1466 COUNTRY CLUB BLVD
CLIVE, IA 50325



To process your application, the U.S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
| --- | --- |
| USCIS DES MOINES | |
| 210 WALNUT STREET | **DATE AND TIME OF APPOINTMENT** |
| -949 | 02 26 2007 |
| DES MOINES, IA 50309 | 11:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS DES MOINES, 210 WALNUT STREET, -949, DES MOINES, IA 50309.

| APPLICATION NUMBER | |
| --- | --- |
| I-485 - LIN0313450486 | |



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Case 1:07-cv-02235-RMC    Document 1-4    Filed 12/12/2007    Page 3 of 5

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

## Fingerprint Notification

| | NOTICE DATE |
|---|---|
| | 06/01/2005 |

| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# |
|---|---|---|
| I-485 Application to Register Permanent Resident or Adjust Status | | A096494886 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
|---|---|---|---|
| LIN0313450543 | 1 | NSC | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

RANA AL DURRAH
1360 COUNTRY CLUB BLVD
CLIVE, IA 50325

To process your application, the U.S. Citizenship & Immigration Services (USCIS) must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE APPOINTED DATE AND TIME TO HAVE YOUR FINGERPRINTS TAKEN.** If you are unable to appear at this time, you may go on any following Wednesday at the same time noted below, as long as you appear before 08/27/2005. If you do not have your fingerprints taken by that date, your application will be considered abandoned.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS DES MOINES | 07/14/2005 |
| 210 WALNUT STREET | 8:00 AM |
| #369 | |
| DES MOINES, IA 50309 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**

1  **THIS APPOINTMENT NOTICE** and
2  **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you may not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with fingerprinting.*

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

APPLICATION NUMBER
LIN0313450543

## THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| APPLICATION NUMBER | NOTICE DATE |
|---|---|
| LIN0313450545 | 2 8 2007 |

| CASE TYPE | | | CODE |
|---|---|---|---|
| I-485 Application to Register Permanent Resident or Adjust Status | | | 3 |

| SOCIAL SECURITY NUMBER | USCIS A# | |
|---|---|---|
| | A096494886 | |

| FOR | SERVICE CENTER | PAGE |
|---|---|---|
| | NSC | 1 of 1 |

RANA DAWOOD HAMEED AL DURRAH
1460 COUNTRY CLUB BLVD
CLIVE, IA 50325



To process your application, the U.S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | |
|---|---|
| USCIS DES MOINES | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
| 210 WALNUT STREET | |
| #949 | DATE AND TIME OF APPOINTMENT |
| DES MOINES, IA 50309 | 02-26-2007 |
| | 11:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

[ ] Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS DES MOINES, 210 WALNUT STREET, #949, DES MOINES, IA 50309

APPLICATION NUMBER
I-485 . LIN0313450545



If you have any questions regarding this notice, please call 1-800-375-5283

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N



## ASC Appointment Notice

| APPLICATION NUMBER | | NOTICE DATE |
|---|---|---|
| LIN0313450608 | | 2 5 2007 |
| SOCIAL SECURITY NUMBER | USCIS A# | CODE 5 |
| | A096391887 | |
| | SERVICE CENTER | PAGE |
| | NSC | 1 of 1 |

CASE TYPE
I485 Application to Register Permanent Resident or Adjust Status

ALI MUSTAFA ZEKI EL DADAH
1460 COUNTRY CLUB BLVD
CLIVE, IA 50325

XOB

5 0 3 0 6 2        0 / 26/07

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
|---|---|
| USCIS DES MOINES | |
| 210 WALNUT STREET | **DATE AND TIME OF APPOINTMENT** |
| =940 | 02 26 2007 |
| DES MOINES, IA 50309 | 11:00 AM |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE, and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or state-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS DES MOINES, 210 WALNUT STREET, =940, DES MOINES, IA 50369

APPLICATION NUMBER
I485        LIN0313450608



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

# United States Senate

CHARLES E. GRASSLEY

WASHINGTON, DC 20510-1501

August 6, 2007

Dr. Mustafa El-Dadah
1460 Country Club Blvd.
Clive, Iowa 50053

Dear Dr. El-Dadah:

Thank you for contacting my Des Moines office regarding your I-485 application that is pending with the U.S. Citizenship & Immigration Services (USCIS). It's important that I know of your concerns and I appreciate the opportunity to be of assistance.

In order to be more responsive to this issue, I have taken the liberty of contacting the USCIS on your behalf. I will be back in touch with you as soon as a response is received in my office. In the meantime, if I can be of any further assistance please contact Mimi Sanford in my Des Moines office at 288-1145.

Sincerely,

Charles E. Grassley
United States Senator

CEG:mas

RANKING MEMBER,
FINANCE

Committee Assignments:
BUDGET
JUDICIARY
AGRICULTURE

CO-CHAIRMAN,
INTERNATIONAL NARCOTICS
CONTROL CAUCUS

PRINTED ON RECYCLED PAPER

Service Center Processing Dates for **Nebraska Service Center** Posted November 14, 2007

| | | | |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 06, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | January 16, 2007 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | 6 Months |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | July 20, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | 2 Months |

| | | | |
|---|---|---|---|
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | 15 Days |
| **I-129** | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | 30 Days |
| **I-129** | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | L - Intracompany transfers | 30 Days |
| **I-129** | Petition for A Nonimmigrant Worker | Blanket L | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | O - Extraordinary ability | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | R - Religious occupation | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | 2 Months |
| **I-131** | Application for Travel Document | Permanent resident applying for a re-entry permit | May 23, 2007 |
| **I-131** | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | May 23, 2007 |
| **I-131** | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | July 03, 2007 |
| **I-131** | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | February 18, 2007 |
| **I-131** | Application for Travel Document | All other applicants for advance parole | July 03, 2007 |
| **I-140** | Immigrant Petition for Alien Worker | Extraordinary ability | November 15, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Outstanding professor or researcher | February 15, 2007 |
| **I-140** | Immigrant Petition for Alien Worker | Multinational executive or manager | January 01, 2007 |
| **I-140** | Immigrant Petition for Alien Worker | Schedule A Nurses | November 01, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | March 21, 2007 |
| **I-140** | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | September 26, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Skilled worker or professional | January 01, 2007 |
| **I-140** | Immigrant Petition for Alien Worker | Unskilled worker | November 05, 2006 |
| **I-212** | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | April 17, 2007 |
| **I-360** | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | 6 Months |

| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | April 14, 2007 |
|---|---|---|---|
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | February 01, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | December 08, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | 6 Months |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | 6 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | May 10, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | April 08, 2007 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | September 16, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | January 27, 2007 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | July 03, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | 11 Weeks |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | 6 Months |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | January 20, 2007 |

C
07-2235
RMC

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| EL-DADAH, MUSTAFA<br>AL-DURRAH, RANA<br>EL-DADAH, ALI    88888 | GONZALEZ, EMILIO, Director, USCIS<br>CHERTOFF, MICHAEL, Secretary, USDHS<br>MUELLER, ROBERT, Director, FBI |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ___Polk County, IA___
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ___Washington D.C.___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thomas A. Elliot
Elliot & Mayock
1666 Connecticut Avenue, N.W., 5th Floor
Washington D.C. 20009

ATTORNEYS (IF KNOWN)

Case: 1:07-cv-02235
Assigned To : Collyer, Rosemary M.
Assign. Date : 12/12/2007
Description: Admn. Agency Review

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
  Plaintiff

○ 3 Federal Question
  (U.S. Government Not a Party)

◉ 2 U.S. Government
  Defendant

○ 4 Diversity
  (Indicate Citizenship of
  Parties in item III)

## III CITIZE
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place<br>of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place<br>of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a<br>Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A.** *Antitrust*

☐ 410 Antitrust

○ **B.** *Personal Injury/*
*Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

◉ **C.** *Administrative Agency*
*Review*

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW 405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If
   Administrative Agency is Involved)

○ **D.** *Temporary Restraining*
*Order/Preliminary*
*Injunction*

Any nature of suit from any category may
be selected for this category of case
assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)*   **OR**   ○ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or
   defendant
☐ 871 IRS-Third Party 26
   USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure
   of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
   Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC
   Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced &
   Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/
   Exchange
☐ 875 Customer Challenge 12 USC
   3410
☐ 900 Appeal of fee determination
   under equal access to Justice
☐ 950 Constitutionality of State
   Statutes
☐ 890 Other Statutory Actions (if
   not administrative agency
   review or Privacy Act

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original
Proceeding

○ 2 Removed
from State
Court

○ 3 Remanded from
Appellate Court

○ 4 Reinstated
or Reopened

○ 5 Transferred from
another district
(specify)

○ 6 Multi district
Litigation

○ 7 Appeal to
District Judge
from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. 1361; 5 U.S.C. 702, 704.

**VII. REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Check YES only if demanded in complaint
JURY DEMAND:    YES ☐    NO ☒

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE _December 12, 2007_    SIGNATURE OF ATTORNEY OF RECORD _[signature]_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.