AO 440 [Rev. DC - September 2003] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EL-DADAH, MUSTAFA
AL-DURRAH, RANA
EL-DADAH, ALI
1460 County Club Boulevard
Clive, Iowa 50321
    Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

EMILIO T. GONZALEZ, Director, USCIS, and,
MICHAEL CHERTOFF, Secretary, DHS, and,
ROBERT S. MUELLER, III, Director, Federal Bureau of
Investigation,
    Defendants

CASE NUM

Case: 1:07-cv-02235
Assigned To : Collyer, Rosemary M.
Assign. Date : 12/12/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

ROBERT S. MUELLER, Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue N.W.
Washington D.C. 20535

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Elliot, Esquire
1666 Connecticut Avenue, N.W., 5th Floor
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      DEC 12 2007
CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[(1)] | DATE December 17, 2007 |
| NAME OF SERVER (PRINT) Dorothy Shermet | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Certified mail, Receipt No. 7007 1490 0000 6915 7989

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/8/2008
             *Date*

*Signature of Server:* Dorothy E Shermet

Elliot & Mayock
1666 Connecticut Avenue NW, 5th Floor
Washington DC 20009
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


**UNITED STATES POSTAL SERVICE®**

Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0000 6915 7989**
Status: **Delivered**

Your item was delivered at 3:21 AM on December 17, 2007 in WASHINGTON, DC 20535.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

