AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EL-DADAH, MUSTAFA
AL-DURRAH, RANA
EL-DADAH, ALI
1460 County Club Boulevard
Clive, Iowa 50321
       Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

EMILIO T. GONZALEZ, Director, USCIS, and,
MICHAEL CHERTOFF, Secretary, DHS, and,
ROBERT S. MUELLER, III, Director, Federal Bureau of
Investigation,
       Defendants

Case: 1:07-cv-02235
Assigned To : Collyer, Rosemary M.
Assign. Date : 12/12/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

EMILIO GONZALEZ, Director,
U.S. Department of Homeland Security
U.S. Citizenship & Immigration Services
20 Massachusetts Ave, N.W.
Washington, DC 20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Elliot, Esquire
1666 Connecticut Avenue, N.W., 5th Floor
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      DEC 12 2007

CLERK                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | December 17, 2007 |
| NAME OF SERVER (PRINT) Johanna Tarce | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail and Return Receipt requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-24-07           Johanna Tarce
              Date              Signature of Server

Elliot and Mayock, LLP
1666 Connecticut Ave. NW. 5th floor
Washington, DC 2009
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Emilio Pulin_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  DEC 17 2007   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Emilio Gonzalez<br>— U.S Department of Homeland Security/CIS<br>20 Massachuseits Ave. N.W<br>Washington, DC 20529 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Fabienne Chatain, Esq.
Elliot & Mayock, LLP
1666 Connecticut Ave. NW 5th Floor
Washington, DC 20009

F#5985

---

U.S Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7003 0490 0000 6915 8023

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Emilio Gonzalez
Street, Apt. No. — U.S Department of Homeland Security/CIS
or PO Box No. 20 Massachusetts Ave. N.W
City, State, ZIP Washington, DC 20529