AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EL-DADAH, MUSTAFA
AL-DURRAH, RANA
EL-DADAH, ALI
1460 Country Club Boulevard
Clive, Iowa 50321
        Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

EMILIO T. GONZALEZ, Director, USCIS, and,
MICHAEL CHERTOFF, Secretary, DHS, and,
ROBERT S. MUELLER, III, Director, Federal Bureau of
Investigation,
        Defendants

CASE

Case: 1:07-cv-02235
Assigned To : Collyer, Rosemary M.
Assign. Date : 12/12/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

MICHAEL CHERTOFF, Secretary
U.S. Department of Homeland Security
425 Murray Drive, Building 410
Washington D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Elliot, Esquire
1666 Connecticut Avenue, N.W., 5th Floor
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      DEC 12 2007

CLERK          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/26/2007 |
| NAME OF SERVER *(PRINT)* Dorothy Shermet | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    G  Other (specify): Certified mail; Return receipt No. 7007 1490 0000 6915 7965

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/8/2008      *[signature: Dorothy E Shermet]*
               Date             *Signature of Server*

Elliot & Mayock
1666 Connecticut Avenue, NW, 5th Floor
Washington DC 20009

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DEC 2 6 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   Michael Chertoff
   U.S Department of Homeland Security
   425 Murray Drive, Building 410
   Washington, DC 20528

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage   $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $
Postmark Here

Sent To: Michael Chertoff
Street, Apt. No.; or PO Box No.: U.S Department of Homeland Security
                                  425 Murray Drive, Building 410
City, State, ZIP+4: Washington, DC 20528



F #5985