AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EL-DADAH, MUSTAFA
AL-DURRAH, RANA
EL-DADAH, ALI
1460 Country Club Boulevard
Clive, Iowa 50321
         Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

EMILIO T. GONZALEZ, Director, USCIS, and,
MICHAEL CHERTOFF, Secretary, DHS, and,
ROBERT S. MUELLER, III, Director, Federal Bureau of
Investigation,
         Defendants

C/

Case: 1:07-cv-02235
Assigned To : Collyer, Rosemary M.
Assign. Date : 12/12/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Michael B. Mukasey
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Elliot, Esquire
1666 Connecticut Avenue, N.W., 5th Floor
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

DEC 1 2 2007

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *December 17, 2007* |
| NAME OF SERVER *(PRINT)* *Johanna Yarce* | TITLE *Paralegal* |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served:

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

G   Returned unexecuted:

G   Other (specify): *Certified Mail and Return Receipt requested*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *12-20-07*
     Date

*Johanna Yarce*
Signature of Server

*Elliot and Mayock, LLP*
*1666 Connecticut Ave. NW. 5th floor.*
*Washington, DC 20009*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _Samuel L Piper_  ☐ Agent  ☐ Addressee <br> B. Received by ( Printed Name )  Dec 17 2007   C. Date of Delivery |
| 1. Article Addressed to: <br><br> Mr. Michael B. Mukasey <br> U.S. Attorney General <br> 950 Pennsylvania Avenue, N.W. <br> Washington, DC 20530 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br><br><br> 3. Service Type <br> ☑ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number <br> *(Transfer from service label)* | |

| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |
|---|---|---|

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Sender: Please print your name, address, and ZIP+4 in this box ●

Fabienne Chatain, Esq.
Elliot & Mayock, LLP
1666 Connecticut Ave. NW 5th Floor
Washington, DC 20009

F # 5985

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7007 0490 0000 6915 7996

Sent To: Mr. Michael B. Mukasey
U.S. Attorney General
Street, Apt. No.; or PO Box No. 950 Pennsylvania Avenue, N.W.
City, State, ZIP+4 Washington, DC 20530