AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EL-DADAH, MUSTAFA
AL-DURRAH, RANA
EL-DADAH, ALI
1460 County Club Boulevard
Clive, Iowa 50321
       Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

EMILIO T. GONZALEZ, Director, USCIS, and,
MICHAEL CHERTOFF, Secretary, DHS, and,
ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,
       Defendants

CA  Case: 1:07-cv-02235
Assigned To : Collyer, Rosemary M.
Assign. Date : 12/12/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Civil Process Clerk
U.S. Attorney's Office
555-4th Street N.W.
Washington D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Elliot, Esquire
1666 Connecticut Avenue, N.W., 5th Floor
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      DEC 12 2007
CLERK                                                         DATE

_[signature]_
(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me(1) || DATE  12/19/07 |
| NAME OF SERVER (PRINT)  Dorothy Shermet || TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Certified mail; Receipt No. 7007 1490 0000 6915 7972

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/8/2008      *Dorothy E Shermet*
             Date             Signature of Server

Elliot & Mayock

Address of Server
1666 Connecticut Avenue NW, 5th Floor
Washington DC 20009

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   — U.S. Attorney's Office
   555 4th Street N.W
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   DTS                               12/19/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

Postage  $

Certified Fee

Return Receipt Fee
(Endorsement Required)                    Postmark
                                          Here
Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees  $

Sent To
Civil Process Clerk
Street, Apt. No.;  — U.S. Attorney's Office
or PO Box No.        555 4th Street N.W
City, State, ZIP+4   Washington, DC 20530

7007 1490 0000 6915 7972

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Fabienne Chatain, Esq.
Elliot & Mayock, LLP
1666 Connecticut Ave. NW 5th Floor
Washington, DC 20009

F #5985