UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA EL-DADAH ) <br> RANA AL-DURRAH ) <br> ALI EL-DADAH ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EMILIO T. GONZALEZ, et al. ) <br> ) | Civ. No. 07cv02235 |

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs respectfully notify this Court of their voluntary dismissal of their complaint for declaratory and injunctive relief in the nature of mandamus, for the following good cause:

Plaintiffs were seeking an order from this Court to compel Defendants to adjudicate their applications for adjustment of status to that of lawful permanent residents. Defendants have approved Plaintiffs' applications for adjustment of status on January 22, 2008.

Wherefore, Plaintiffs voluntary dismiss their complaint without prejudice.

Signed this 1st day of February, 2008.

*By counsel,*

_____/s/_____
THOMAS A. ELLIOT
D.C. Bar No. 259713
ELLIOT & MAYOCK
1629 K Street NW Suite 1250
Washington D.C. 20006
(202) 429 1725
Fax (202) 452 0161
tom@elliotlaw.com

*Counsel for Petitioner*

OMB No. 1115-0053

**U.S. Department of Justice**
Immigration and Naturalization Service

**Form I-485, Application to Register Permanent Residence or Adjust Status**

### START HERE - Please Type or Print

#### Part 1. Information about you.

| Family Name | Given Name | Middle Initial |
|---|---|---|
| EL-DADAH | MUSTAFA | ZEKI HASHIM |

Address - C/O

| Street Number and Name | Apt. # |
|---|---|
| 1460 COUNTRY CLUB BLVD. | |

| City | |
|---|---|
| CLIVE | |

| State | Zip Code |
|---|---|
| IOWA | 50325 |

| Date of Birth (month/day/year) | Country of Birth |
|---|---|
| 07/08/1969 | IRAQ |

| Social Security # | A # (if any) |
|---|---|
| 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 | A78 593 441 |

| Date of Last Arrival (month/day/year) | I-94 # |
|---|---|
| 04/05/1998 | 964307740 02 |

| Current INS Status | Expires on (month/day/year) |
|---|---|
| H-1B | 08/01/2004 |

#### Part 2. Application Type.   (Check one)

I am applying for adjustment to permanent resident status because

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.) *Please see attached approval notice of an I-140 NIW Physician LIN-02-182-55129*

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:   (Check one)

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

#### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | |
| Resubmitted | |
| | LIN-03-134-50486 |
| Reloc Sent | |
| Reloc Rec'd | |
| ☐ Applicant Interviewed | |

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☒ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

100
N
5-10-02
Res-Canada

**Country Chargeable**
Iraq

**Eligibility Under Sec. 245**
☒ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference** E26

**Action Block**

U.S. Department of Homeland Security
APPROVED
JAN 22 2008
Kathleen Obuda
U.S. Citizenship and Immigration Services

**To Be Completed by Attorney or Representative, if any**
☒ Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License #

*Continued on back.*

Form I-485 (Rev. 02/07/00)N Page 1